**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sandra V. Adams                                    CHAPTER 13
                    Debtor(s)

                                                          BKY. NO. 22-11734 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ *Rebecca Solarz*
                                    Rebecca Solarz
                                    19 Jul 2022, 16:18:36, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322