Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11734-PMM**

Sandra V. Adams  
238 Washington Avenue  
Ephrata  PA    17522

Petition Filed Date: 06/30/2022  
341 Hearing Date: 08/09/2022  
Confirmation Date: 12/15/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2022 | $150.00 | 19409091563 | 09/13/2022 | $150.00 | 19409091564 | 11/14/2022 | $300.00 | 19432492243 |
| 12/12/2022 | $150.00 | 19459285202 | 02/15/2023 | $300.00 | 19459285566 | 03/08/2023 | $150.00 | |
| 03/13/2023 | $150.00 | 19500262534 | 04/10/2023 | $150.00 | | 04/14/2023 | $150.00 | 19500262776 |
| 05/08/2023 | $150.00 | | 06/08/2023 | $150.00 | | 07/11/2023 | $150.00 | |

**Total Receipts for the Period:  $2,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,632.00 | $2,062.50 | $1,569.50 |
| 1 | VERIZON BY AIS AS AGENT<br>»»  001 | Unsecured Creditors | $50.48 | $0.00 | $50.48 |
| 2 | PNC BANK NA<br>»»  002 | Mortgage Arrears | $81.74 | $0.00 | $81.74 |

**Chapter 13 Case No. 22-11734-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,062.50 | Arrearages: | ($450.00) |
| Paid to Trustee: | $201.00 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $136.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.