**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Sandra V. Adams | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 22-11734-PMM |
| PNC Bank, National Association | **Matter:** Motion for Relief from the Automatic Stay |
| **Movant(s)** | |
| v. | **Document No.** 47 |
| Sandra V. Adams | |
| Thomas R. Adams (Non-Filing Co-Debtor) | |
| **Respondent(s)** | |
| Scott F. Waterman, Esquire | |
| Standing Chapter 13 Trustee | |
| **Additional Respondent** | |

**DEBTOR(S)' RESPONSE TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Sandra V. Adams, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Upon information and belief, the averment as stated in Paragraph 3 is admitted.

4. Admitted.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Paragraph 6-1 contains a conclusion of law to which no response is required.

6. Upon information and belief, the averments as stated in Paragraph 6-2 are admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Paragraph 8 contains a conclusion of law which no response is required.

9. Denied. Debtor(s) are without knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                                             Respectfully submitted,
                                                             **DETHLEFS PYKOSH & MURPHY**

Date: August 21, 2023                                      /s/ Paul D. Murphy-Ahles

                                                             Paul D. Murphy-Ahles, Esquire
                                                             PA ID No. 201207
                                                             2132 Market Street
                                                             Camp Hill, PA 17011
                                                             (717) 975-9446
                                                             pmurphy@dplglaw.com
                                                             *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Sandra V. Adams<br><br>**Debtor(s)**<br><br>PNC Bank, National Association<br>**Movant(s)**<br>v.<br>Sandra V. Adams<br>Thomas R. Adams (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Scott F. Waterman, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 22-11734-PMM<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 47 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, August 21, 2023, I served a true and correct copy of the **Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Michael Farrington, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 Saint Lawrence Avenue
PO Box 4010
Reading, PA 19606

Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire