# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sandra V. Adams,                :       Chapter 13
                Debtor       :
                                   :       Case No.   22-11734-pmm
                                   :
                                   :

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #47, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #49);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 2, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

10/03/2023                                    **PATRICIA M. MAYER**
                                                                              **U.S. BANKRUPTCY JUDGE**