| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11734-PMM**

| | |
|---|---|
| Sandra V. Adams | Petition Filed Date: 06/30/2022 |
| 1395 BOWMANSVILLE ROAD, LOT 37 | 341 Hearing Date: 08/09/2022 |
| MOHNTON  PA    19540 | Confirmation Date: 12/15/2022 |

Case Status: Completed on 8/ 8/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $150.00 | | 09/11/2023 | $150.00 | | 10/10/2023 | $150.00 | |
| 11/08/2023 | $150.00 | | 12/08/2023 | $150.00 | | 01/09/2024 | $150.00 | |
| 02/08/2024 | $150.00 | | 03/08/2024 | $150.00 | | 04/08/2024 | $150.00 | |
| 05/09/2024 | $150.00 | | 06/10/2024 | $150.00 | | 07/09/2024 | $150.00 | |

**Total Receipts for the Period: $1,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $3,632.00 | $3,632.00 | $0.00 |
| 1 | VERIZON BY AIS AS AGENT<br>»»  001 | Unsecured Creditors | $50.48 | $50.48 | $0.00 |
| 2 | PNC BANK NA<br>»»  002 | Mortgage Arrears | $81.74 | $81.74 | $0.00 |
| 3 | JONESTOWN BANK & TRUST CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LIBERTY LENDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11734-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,764.22 | Arrearages: | $0.00 |
| Paid to Trustee: | $379.50 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $56.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.